

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CARLA MARIE WIGTON, | CV 18–73–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DAVID THOMAS MURPHY and SHENI, LLP, | |
| Defendants. | |

Plaintiff Carla Marie Wigton and Defendant Sheni LLP having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the plaintiff's claims against Sheni LLP are DISMISSED WITH PREJUDICE, each party to pay its own costs.

DATED this 27th day of June, 2019.

Donald W. Molloy, District Judge
United States District Court