IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| CARLA MARIE WIGTON, | CV 18–73–M–DWM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DAVID THOMAS MURPHY, | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 22nd day of October, 2019.

Donald W. Molloy, District Judge
United States District Court